UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID HARPER,**

       **Plaintiff,**

**v.**                                                    **Case No: 6:16-cv-2146-Orl-41JBT**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees ("Motion," Doc. 21). United States Magistrate Judge Joel B. Toomey submitted a Report and Recommendation (Doc. 22), recommending that the Court grant the Motion and enter judgment in favor of Plaintiff in the amount of $3,573.52 for attorney's fees and $400.00 for costs.

After a *de novo* review of the record, and noting no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 21) is **GRANTED**.
3. Plaintiff is awarded attorney's fees in the amount of $3,573.52.
4. Plaintiff is also awarded costs in the amount of $400.00.

5. In all other respects, the Motion is **DENIED**. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record